UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:01CR202(AVC) |
| FRANK MATTHEWS | : | November 17, 2004 |

MEMORANDUM RE: REVOCATION HEARING

The defendant respectfully submits this memorandum as an aid to the Court for the upcoming revocation of supervised release hearing. The defendant seeks a concurrent sentence to the state sentences he is at present serving.

In Superior Court in September of 2004, Frank Matthews pled guilty and was sentenced on the misdemeanor charges that also form the basis for his violation of supervised release in this Court. Those charges are set forth in Charge #1 of the Form 12 petition that this Court signed on February 17, 2004. Mr. Matthews was convicted only of the misdemeanor charges, including Assault in the Third Degree, Breach of Peace, and Failure to Appear. The Superior Court sentenced Mr. Matthews to a total effective sentence of 3 years incarceration, suspended after 18 months, followed by 3 years probation. Mr. Matthews in now serving that sentence.

On December 1, 2004, there is a hearing scheduled before this Court to determine whether Mr. Matthews has violated the terms of his supervised release, and if so, what sentence he should receive. Mr. Matthews will admit that he violated his supervised release conditions in that he committed the state misdemeanor offenses outlined above. As to the appropriate sentence, Mr. Matthews will respectfully request 12 months and one day concurrent to his state sentences. There are two reasons in support of his request.

First, the State has already addressed Mr. Matthews' conduct in large measure by incarcerating him for 18 months and holding another 18 months over his head like the sword of Damocles should he violate his probation in the future. A concurrent federal sentence will not be without effect. Mr. Matthews will not be eligible for any parole or early release - such as the State's transitional supervision

- 2 -

program until he finishes his federal sentence.  Effectively, the proposed federal sentence will add approximately 8 months onto his state sentence.   Thus, there is punishment associated with his violation of this Court's orders, even though the proposed sentence would be concurrent.

Second, Mr. Matthews is 25 years old.  He is young, and despite the conduct that led to this violation, he is eager to embrace change in his life.  While incarcerated during the pretrial stage of his underlying federal conviction, he completed a six-part program at Northern Correctional Institution. See, Ex A, attached.  This program included an anger management course.  Additionally, while in pretrial custody last Spring and Summer, he completed the Tier I drug program at Bridgeport Correctional.  Finally, he has requested a transfer to Willard Correctional to take advantage of the Domestic Violence Program that is offered there.  He cannot be transferred, however, until this federal case is resolved.  His federal detainer adversely affects his security level.  Once this sentence is imposed, it is likely that he will qualify for the transfer.

Mr. Matthews regrets his conduct in this case, and he hopes to address his shortcomings during this period of incarceration.

                                      Respectfully submitted,

                                      The Defendant,
                                      Frank Matthews

                                      Thomas G. Dennis
                                      Federal Defender

Dated:  November 17, 2004        /s/
                                      Terence S. Ward
                                      Asst. Federal Defender
                                      10 Columbus Blvd, FL 6
                                      Hartford, CT 06106-1976
                                      Bar No. ct00023
                                      (860) 493-6260

- 3 -

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing memorandum re: revocation hearing has been mailed to Jonathan Biran, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 17 day of November 2004.

/s/
Terence Ward