

# NORTHERN CORRECTIONAL INSTITUTION

To: Whom It May Concern

From: Counselor Aldi

Date: March 11, 2002

Subj.: Phase Program Completion/Progress Report

---

Inmate Frank Matthews #247555 completed the Close Custody Phase at Northern Correctional Institution in December of 2001. In order for him to have completed the Program he needed to successfully complete the following programs.

1. Getting Settled, Getting Going
2. Anger Management
3. Building the Ladder
4. How to Deal with Your Problems
5. Relapse Prevention
6. Bridge Group

Inmate Matthews met all of the requirements specified for all of the programs.

*[signature]*

C/C Aldi



# Northern Correctional Institution

## Certificate of Completion

This certifies that Inmate Frank Matthews #247555 has successfully completed the Northern Correctional Close Custody Phase Program, comprising of Anger Management, Building the Ladder, How to Do Your Bid, Relapse Prevention and Bridge groups, on this day, November 29, 2001.

_____
Warden

_____
Capt. Udi  Capt. Rodney
Unit Managers

_____
c/c John Olds
Close Custody Program
Coordinator