**3:01CR202(AVC)**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CHESHIRE CORRECTIONAL INSTITUTION, CHESHIRE, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:**

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of FRANK MATTHEWS now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said FRANK MATTHEWS before the United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Wednesday, December 1, 2004, at 3:00 p.m., at which time the said FRANK MATTHEWS will appear before the Honorable Alfred V. Covello, Senior United States District Judge, for a hearing on an alleged violation of supervised release, and immediately after this hearing has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall

return the said FRANK MATTHEWS to the Warden, Cheshire Correctional Institution, Cheshire, Connecticut, under safe and secure conduct.

_____
CLERK, U.S. DISTRICT COURT


_____
DEPUTY CLERK


The foregoing Writ is hereby
allowed.  Dated at _____,
Connecticut, this ____ day of
November, 2004.



_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 3:01CR202(AVC) |
| v. | : |
| | : |
| FRANK MATTHEWS | : NOVEMBER 18, 2004 |

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Jonathan Biran, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Wednesday, December 1, 2004, there will come before this Court at Hartford, Connecticut, a proceeding in the criminal case of United States v. Frank Matthews, Docket No. 3:01CR202(AVC).

2. That the defendant, FRANK MATTHEWS, was sentenced on March 28, 2002, to 37 months' imprisonment for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

3. That Senior Judge Alfred V. Covello also sentenced FRANK MATTHEWS to a term of three years of supervised release to begin upon the completion of his 37 months' imprisonment.

4. That FRANK MATTHEWS was released from custody and began his term of supervised release on or about July 3, 2003.

5. That, while on supervised release, FRANK MATTHEWS was arrested for and convicted of crimes under Connecticut law.

    6.    That FRANK MATTHEWS is now being held at Cheshire Correctional Institution in Cheshire, Connecticut, having been sentenced to 3 years' imprisonment, suspended after 18 months, for several state offenses.

    7.    That the defendant, FRANK MATTHEWS, should be presented before said District Court of the United States, District of Connecticut, at said time and place so that the defendant may participate in the hearing concerning his alleged violation of the terms of his supervised release.

    WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Cheshire Correctional Institution in Cheshire, Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said FRANK MATTHEWS at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on December 1, 2004, at 3:00 p.m., under proper, safe and secure conduct.

> UNITED STATES OF AMERICA
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
>
> JONATHAN BIRAN
> ASSISTANT UNITED STATES ATTORNEY
> FEDERAL BAR NO. ct21922
> 157 CHURCH STREET, 23rd FLOOR
> NEW HAVEN, CONNECTICUT 06510
> (203) 821-3700

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : |
| | : ss Hartford, November 18, 2004 |
| | : |
| COUNTY OF HARTFORD | : |

Personally appeared before me Jonathan Biran, Assistant United States Attorney for the District of Connecticut, who is known to me, and who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters he believes to be true.

_____
Notary Public or
Commissioner of Superior Court