UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:01CR202 (AVC) |
| | : | |
| v. | : | December 1, 2004 |
| | : | |
| FRANK MATTHEWS | : | |

### MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Andrew Brauer, for the purpose of assisting in the representation of the United States during the course of proceedings on December 1, 2004, relating to the hearing concerning alleged violation(s) of the conditions of Frank Matthews' supervised release.

In support of this application the Government states as follows:

1.  The undersigned is a member of the bar of this Court in good standing.

2.  The undersigned will assume personal professional responsibility for Mr. Brauer's work in connection with this proceeding.

3.  The undersigned will assist Mr. Brauer to the extent necessary.

4.  The undersigned will appear with Mr. Brauer at the proceeding.

5.   The undersigned hereby indicates in writing his consent to supervise Mr. Brauer pursuant to Local Rule 83.9.

6.   Mr. Brauer is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and expects to receive his Juris Doctor degree in 2005.

7.   Mr. Brauer has completed the equivalent of at least two semesters of legal study.

8.   Mr. Brauer will be introduced to the Court by the undersigned counsel.

9.   Mr. Brauer is working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

WHEREFORE, the Government moves to permit the appearance of a law student intern, Andrew Brauer, to represent the Government as described above.

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY


                    JONATHAN BIRAN
                    ASSISTANT U.S. ATTORNEY
                    Fed Bar No. ct21922
                    157 Church Street, 23rd Floor
                    New Haven, CT 06510
                    (203) 821-3700

<u>Certificate of Service</u>

This is to certify that a copy of the foregoing Motion to Permit Appearance of Law Student Intern was served by hand to counsel for defendant, Terence S. Ward, Esq., Assistant Federal Public Defender, 10 Columbus Blvd. 6th Floor, Hartford, CT 06106-1976, this 18th day of November, 2004.


_____          _____
                                   Jonathan Biran
                                   Assistant U.S. Attorney